IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DANNY FRANKLIN KING
ADC #150196                                                           PETITIONER

v.                           No. 5:17-cv-134-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                                     RESPONDENT

ORDER

Unopposed recommendation, № 14, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion to dismiss, № 10, granted. King's petition will be dismissed without prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

31 August 2017