IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DANNY FRANKLIN KING
ADC #150196                                                               PETITIONER

v.                         No. 5:17-cv-134-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                                        RESPONDENT

## JUDGMENT

King's petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

31 August 2017